UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**ALFRED JOHN SUFKA,**                                   Civil No. 08-1379 MJD/SRN

      **Plaintiff,**

v.

                                                              **ORDER**

**THE STATE OF MINNESOTA,
REBBECCA LYNN SUFKA,
BENTON COUNTY SHERIFF OFFICE,
KAREN BENTON COUNTY SOCIAL
WORKER, JUDGE ALLICE, JUDGE
DANFORTH, and DEFENCE FOR
BENTON AND SHERBURNE COUNTY,**

      **Defendants.**

---

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated May 22, 2008. No objections have been filed to that Report and Recommendation in the time period permitted.

    Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

    IT IS HEREBY ORDERED that:

    1. Plaintiff's "Application to Proceed Without Prepayment of Fees," (Docket No. 2), is **DENIED**;

    2. This action is **SUMMARILY DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1);

    3. Plaintiff be required to pay the unpaid balance of the Court filing fee, namely the full $350.00, in accordance with 28 U.S.C. § 1915(b)(2); and

    4. For purposes of 28 U.S.C. § 1915(g), this action is dismissed "on the grounds

2

that it is frivolous, malicious, or fails to state a claim on which relief may be granted."

DATED: June 23, 2008.

                                                   <u>s/Michael J. Davis</u>
                                                   Judge Michael J. Davis
                                                   United States District Court Judge